JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| VICTOR WILLIAM MOLINA DE LA VILLA, <br><br> Plaintiff, <br><br> v. <br><br> GABRIEL VALDEZ, <br><br> Defendant. | Case No. CV 05-00288-MMM(MLG) <br><br> JUDGMENT |

IT IS ADJUDGED that this action be dismissed with prejudice.

Dated: October 16, 2008

_____
Margaret M. Morrow
United States District Judge